**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| v. | ) | **Case No. 13-CR-80-01** |
| | ) | **Hon. Arenda L. Wright Allen** |
| **LUIS ALBERTO NAVARRO,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

**Defendant's Unopposed Motion to Extend Deadline for Federal Public Defender Filing Regarding Defendant's *Pro Se* Motion for a Modification of Sentence Pursuant to 18 U.S.C. § 3582(c)(1) and First Step Act of 2018**

COMES NOW, Luis Alberto Navarro, by counsel and files this unopposed motion to extend the Court's deadline for the Federal Public Defender to make an appropriate filing with respect to his pending *pro se* Motion for a Modification of Sentence Pursuant to 18 U.S.C. § 3582(c)(1) and First Step Act of 2018 (ECF 217). Specifically, the defense requests an extension of slightly more than 30 days, to July 7, 2026 (the day after the July 4 holiday). Mr. Navarro states the following in support of his motion:

1. Pending before the Court is Mr. Navarro's *pro se* Motion for a Modification of Sentence Pursuant to 18 U.S.C. § 3582(c)(1) and First Step Act of 2018 (the "Motion"), filed February 5, 2026 (ECF 217). On May 4, 2026, the Court issued an Order appointing the Office of the Federal Public Defender to represent Mr. Navarro and to file any appropriate amended motion on Mr. Navarro's behalf within 30 days, which ends today, June 3. ECF 218. The Order also directed appointed

counsel to file a motion to withdraw pursuant to *Anders v. California*, 386 U.S. 738, 744 (1967), if appropriate. *Id.* [1]

2.      Counsel has started the process of reviewing Mr. Navarro's motion and considering what filing would be appropriate.  However, counsel has not yet obtained relevant records, or completed the evaluation, in part due to needing to take significant amounts of leave in recent weeks due to a family member's medical condition.

3.      Counsel for Mr. Navarro respectfully requests that the Court grant an extension so that counsel may have additional time to fully consider Mr. Navarro's case and appropriately present any additional support for his motion to this Honorable Court. At this point, counsel anticipates that a continuance of just over 30 days – to July 7, 2026 – will provide sufficient time to prepare and submit a motion.

4.      Defense counsel has consulted with counsel for the United States, who stated that the United States does not oppose this motion.

WHEREFORE, Mr. Navarro, by counsel, requests that this Court grant his unopposed motion for an extension.  For the Court's convenience, a proposed Order is submitted with this Motion.

Respectfully submitted on June 3, 2026.

> **LUIS ALBERTO NAVARRO**
> by counsel:

---

[1] In this Order, the Court also dismissed, as moot, a prior motion pursuant to 18 U.S.C. § 3582(c)(1) and First Step Act of 2018 (ECF 216, filed in October of 2025) given that the more recent motion included the same arguments.

Geremy C. Kamens
Federal Public Defender

by: _____/s_____
Ann Mason Rigby
Assistant Federal Public Defender
Virginia Bar Number 92996
1650 King Street, Suite 500
Alexandria, Virginia 22314
Telephone: (703) 600-0869
Facsimile: (703) 600-0880
Ann_Rigby@fd.org