UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

UNITED STATES OF AMERICA

v.

LUIS ALBERTO NAVARRO,

Defendant.

Criminal No. 2:13cr80-01

## **ORDER**

Pending before the Court is an Unopposed Motion to Extend Deadline for Federal Public Defender Filing Regarding Defendant's *Pro Se* Motion for a Modification of Sentence Pursuant to 18 U.S.C. § 3582(c)(1) and First Step Act of 2018 (the "Motion") filed by Defendant Luis Alberto Navarro ("Defendant" or "Mr. Navarro"), through counsel. Mot., ECF No. 219. On February 5, 2026, Mr. Navarro filed a *pro se* Motion for a Modification of Sentence Pursuant to 18 U.S.C. § 3582(c)(1) and First Step Act of 2018 (the "*Pro Se* Motion") requesting compassionate release. Mot., ECF No. 217. On May 4, 2026, the Court issued an Order appointing Assistant Federal Public Defender Ann Mason Rigby ("Ms. Rigby") to represent Mr. Navarro and determine if his request for compassionate release is potentially meritorious, and, if so, to file an amended motion on his behalf (the "Amended Motion"). Order, ECF No. 218. The Order directed Ms. Rigby to file an Amended Motion by June 4, 2026. *Id.*

In the instant Motion, Ms. Rigby requests an extension until July 7, 2026, to file an Amended Motion. Mot. at 1, ECF No. 219. Ms. Rigby avers that she has started the process of reviewing the *Pro Se* Motion, but needs additional time to obtain

1

relevant records. *Id.* at 2. She also states that she has taken significant amounts of leave in recent weeks due to a family member's medical condition. *Id.* The Government does not oppose the Motion. *Id.*

Upon consideration and for good cause shown, the Motion (ECF No. 219) is **GRANTED**. The deadlines provided in the Court's May 4, 2026 Order (ECF No. 218) are hereby **STRICKEN**. Accordingly, it is hereby **ORDERED** that:

1. If Ms. Rigby determines that advocacy for Defendant's eligibility is warranted, Ms. Rigby **SHALL** file an Amended Motion by July 7, 2026. If, after a conscientious review of Defendant's case, Ms. Rigby finds that the request for relief lacks merit, Ms. Rigby **SHALL** file a Motion to Withdraw pursuant to *Anders v. California*, 386 U.S. 738, 744 (1967), accompanied by "a brief referring to anything in the record that might arguably support" the Defendant's claim for relief.

2. The United States Probation Office is **DIRECTED** to file its position on Defendant's request within 30 days of the filing date of the Amended Motion or the Motion to Withdraw. The Probation Office **SHALL** state whether it believes the *Pro Se* Motion or the Amended Motion should be granted or denied. Additionally, the Probation Officer **SHALL** provide any relevant information not already presented regarding Defendant's post-sentencing conduct, including: Defendant's compliance with incarceration; his disciplinary record; progress report; educational and vocational training; any and all substance abuse and physical and mental health treatment; and any additional information bearing on his conduct while in custody and risks associated with release.

3. The United States Attorney's Office is **ORDERED** to respond within 30 days of the filing date of the Probation Office's recommendation regarding the *Pro Se* Motion or the Amended Motion. In all instances the Government **SHALL** file a response stating whether it believes the *Pro Se* Motion or the Amended Motion should be granted or denied and explain the grounds for its position. If the *Pro Se* Motion or the Amended Motion are not opposed, the Government **SHALL** promptly contact the United States Probation Office of the appropriate Division in the United States Eastern District of Virginia and notify it of this fact so that the Probation Office may initiate the appropriate arrangements.

4. Defendant may reply to the Government's response within 20 days of the date that the Government's response is filed.

5. If any counsel intends to file Defendant's medical records as an exhibit to the Amended Motion or any response filed in support of or in opposition to Defendant's *Pro Se* Motion or Amended Motion, it is hereby **ORDERED** that the Court recognizes good cause to file those records under seal and that either party may file such records under seal without seeking further leave of the Court.

The Clerk is **REQUESTED** to forward a copy of this Order to Ms. Rigby, the United States Probation Office, and the Assistant United States Attorney.

**IT IS SO ORDERED.**

/s/
Arenda L. Wright Allen
Senior United States District Judge

June 4, 2026
Norfolk, Virginia