**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 13-CR-80-01** |
| | ) | **Hon. Arenda L. Wright Allen** |
| **LUIS ALBERTO NAVARRO,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

**Second Unopposed Motion to Extend Deadline for Federal Public Defender**
**Filing Regarding Defendant's *Pro Se* Motion**

COMES NOW, Luis Alberto Navarro, by counsel and files this second unopposed motion to extend the Court's deadline for the Federal Public Defender to make an appropriate filing with respect to his pending *pro se* Motion for a Modification of Sentence Pursuant to 18 U.S.C. § 3582(c)(1) and First Step Act of 2018 (ECF 217). Specifically, the defense requests an extension of approximately 60 days, to September 8, 2026.  Mr. Navarro states the following in support of his motion:

1.      Pending before the Court is Mr. Navarro's *pro se* Motion for a Modification of Sentence Pursuant to 18 U.S.C. § 3582(c)(1) and First Step Act of 2018 (the "Motion"), filed February 5, 2026 (ECF 217). On May 4, 2026, the Court issued an Order appointing the Office of the Federal Public Defender to represent Mr. Navarro and to file any appropriate amended motion on Mr. Navarro's behalf within 30 days, which ends today, June 3. ECF 218. The Order also directed appointed

counsel to file a motion to withdraw pursuant to *Anders v. California*, 386 U.S. 738, 744 (1967), if appropriate. *Id.* [1]

2.      On June 3, 2026, counsel sought an extension of the deadline, noting that counsel has not yet obtained relevant records, or completed the evaluation, in part due to needing to take significant amounts of leave in recent weeks due to a family member's medical condition.

3.      Counsel is now seeking another continuance. Although counsel has received records and completed research, and conferred with a supporter of Mr. Navarro, counsel has not been able to confer directly with Mr. Navarro about the above. Counsel has been informed that Mr. Navarro has attempted to connect with counsel via the Bureau of Prisons (BOP) email system using the correct email address for counsel, but counsel has not received the necessary electronic "invitation" indicating that Mr. Navarro consents to correspond with counsel. Similarly, counsel's efforts to schedule a privileged call with Mr. Navarro have not been successful. BOP counselors must arrange for such calls, and several emails to the person counsel is informed is Mr. Navarro's counselor have gone unanswered to date. Finally, the research has revealed the need for additional fact investigation.

4.      In short, additional time is needed to ensure that counsel can communicate with Mr. Navarro, complete investigation, and finalize the appropriate

---

[1] In this Order, the Court also dismissed, as moot, a prior motion pursuant to 18 U.S.C. § 3582(c)(1) and First Step Act of 2018 (ECF 216, filed in October of 2025) given that the more recent motion included the same arguments.

position raised by his motion, with the most up to date information possible, is required in order to competently comply with the Court's order.

5.    Although previously counsel sought an extension of only 30 days, counsel now seeks 60 days in an abundance of caution developed with in mind the challenges she has encountered to date in reaching Mr. Navarro. Further, counsel is scheduled to be in trial on July 14, has several other trials scheduled at the end of the summer, and will be on leave the week of July 20.

6.    Defense counsel has consulted with counsel for the United States, who stated that the United States does not oppose this motion.

WHEREFORE, Mr. Navarro, by counsel, requests that this Court grant his unopposed motion for an extension.  For the Court's convenience, a proposed Order is submitted with this Motion.

Respectfully submitted on July 1, 2026.

**LUIS ALBERTO NAVARRO**
by counsel:

Geremy C. Kamens
Federal Public Defender

by: _____/s_____
Ann Mason Rigby
Assistant Federal Public Defender
Virginia Bar Number 92996
1650 King Street, Suite 500
Alexandria, Virginia 22314
Telephone: (703) 600-0869
Facsimile: (703) 600-0880
Ann_Rigby@fd.org