Luis Alberto Navarro

Federal Correctional Insitution

FCI Englewood

9595 W Quincy ave

Littleton,CO 80123

Register no# 57509-056

United States District Court for the Eastern District of Virginia Norfolk Division

re: USA VS Luis Alberto Navarro

CN: 2:13 CR 80-01

Motion Requesting to remove counsel

in order to represent as Pro'se

To the clerk of courts:

I am tremendously in need of an immediate removal of Counsel. My current Counsel, by the name of Ann Rigby does not have my best interest at heart and has sabotage every single effort that was instructed to her in the original Pro'se motion she received. She has not helped me with an effective strategy towards my compassionate release. There has been a complete lack of communication which has poisoned the attorney and client relations. She has not made any efforts to communicate with me and has not done anything that benefits me, instead she is filing motion extensions without letting me know, not even by mail.

This relationship has become toxic to a point that has made Counsel Ann Rigby turn from counsel to adversary which effects the fairness, integrity as well as the ethical response that is given sixth Amendment right from repetition of Counsel to client in any law abiding proceeding, I would appreciate that this court will remove Counsel Ann Rigby and allow grant this motion requesting to remove Counsel in order to represent as Pro'se.

Respectfully submitted this 14 day of August 2026

by; ______________________________

Luis Alberto Navarro # 57509056

Federal Correctional Institution

FCI Englewood

9595 W Quincy AVE

Littleton, CO, 80123