**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 13-CR-80-01** |
| | ) | **Hon. Arenda L. Wright Allen** |
| **LUIS ALBERTO NAVARRO,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**NOTICE**

Undersigned counsel respectfully files this notice with respect to defendant Luis Alberto Navarro's pending motion for a modification of sentence pursuant to 18 U.S.C. § 3582(c)(1) and First Step Act of 2018 (the "Motion"), filed February 5, 2026 (ECF 217).

1. On May 4, 2026, the Court issued an Order appointing the Office of the Federal Public Defender to represent Mr. Navarro and to file any appropriate amended motion on Mr. Navarro's behalf. ECF 218 (ordering that the filing be made by June 3). The Order also directed appointed counsel to file a motion to withdraw pursuant to *Anders v. California*, 386 U.S. 738, 744 (1967), if appropriate. *Id.* [1]

2. Counsel sought two continuances of this deadline. ECF 219, 221. Both were granted. ECF 220, 222.

[1] In this Order, the Court also dismissed, as moot, a prior motion pursuant to 18 U.S.C. § 3582(c)(1) and First Step Act of 2018 (ECF 216, filed in October of 2025) given that the more recent motion included the same arguments.

3. On August 14, Mr. Navarro signed a motion asking for undersigned counsel to be removed from his case, and stating that he wished to proceed *pro se*. His filing, sent by U.S. mail, was docketed on August 20. ECF 223.

4. Counsel hereby provides notice that counsel has not filed a position as originally directed by the Court's in its May 4 Order due to the pendency of Mr. Navarro's motion. Counsel will of course comply with any direction of the Court upon disposition of Mr. Navarro's motion.

Respectfully submitted,

__________/s_____________

Ann Mason Rigby, No. 92996
Assistant Federal Public Defender
1650 King Street, Suite 500
Alexandria, Virginia 22314
Telephone: (703) 600-0869
Facsimile: (703) 600-0880
Ann_Rigby@fd.org